MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SUZANNE B. MILES (CABN 242048)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    Email: suzanne.miles@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-MJ-70291 |
| Plaintiff, | |
| v. | **MOTION AND [PROPOSED] ORDER FOR RELEASE** |
| PEDRO TZIU-AKE, | |
| Material Witnesses. | |

    The government hereby moves for an order releasing Pedro Tziu-Ake from the custody of the United States Marshals Service.

    Pedro Tziu-Ake was identified as a material witness in the matter of *United States v. Jeyser Ivan Tziu-Ake*, 13-CR-00170 RS. This Court issued a material witness arrest warrant, pursuant to Title 18, United States Code, section 3144, and an order to take a material witness deposition, in accord with Federal Rule of Criminal Procedure 15. Pedro Tziu-Ake was appointed counsel.

    On March 21 and March 28, 2013, counsel for the government and for defendant Jeyser Tziu-Ake conducted a deposition of Pedro Tziu-Ake. Pedro Tziu-Ake was present and

MOTION AND [PROPOSED] ORDER FOR RELEASE
1

represented by counsel during those proceedings.

On March 29, 2013, Pedro Tziu-Ake and Jeyser Tziu-Ake, represented by respective counsel, appeared before this Court. All parties confirmed that no further deposition of Pedro Tziu-Ake is requested. The government, therefore, moves that the United States Marshals Service be ordered to release Pedro Tziu-Ake from custody. A detainer, filed by Immigration and Customs Enforcement, is lodged and pending. A copy of that detainer is attached to this motion.

Dated: March 29, 2013                                      Respectfully submitted,

MEDLINDA HAAG
United States Attorney


_____/s/_____
SUZANNE B. MILES
Assistant United States Attorney

MOTION AND [PROPOSED] ORDER FOR RELEASE

2

13-mj-70291 MAG

## [PROPOSED] ORDER

Upon the representation of the government and defendant Jeyser Tziu-Ake that the deposition of material witness Pedro Tziu-Ake has been completed and no need remains for the continued custody of the witness, the Court hereby orders Pedro Tziu-Ake released from the custody of the United States Marshals Service.

Dated: 4/1/2013

HON. NATHANAEL COUSINS
United States Magistrate Judge

MOTION AND [PROPOSED] ORDER FOR RELEASE
3